UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNDANCE SERVICES, INC.,

        Plaintiff,

vs.                           No. CV 10-110/JP/CEG

DONNA ROACH, KELLY ROACH, MICHAEL PATTERSON,
A.R. CONSTRUCTION, ANTHONY PENDER, TERRY
GARCIA, JOANN PENDER, SYLVANNA VELASQUEZ,
a/k/a SYLVANNA TRUJILLO, DARIO VELASQUEZ,
RICHARD VELASQUEZ, JR., RICHARD VELASQUEZ, SR.,
SYVLIA VELASQUEZ, KATY VELASQUEZ, RICHARD
SHORT, MAX VELASQUEZ, ARMANDO RAMOS,
a/k/a ARMONDO RAMOS and DOUBLE T FASHIONS,

Defendants.

### DEFAULT JUDGMENT AS TO LIABILITY OF DEFENDANTS SYLVANNA VELASQUEZ, RICHARD VELASQUEZ, SR., RICHARD VELASQUEZ, JR., ANTHONY PENDER, RICHARD SHORT, TERRY GARCIA, DOUBLE T FASHIONS, MAX VELASQUEZ AND KATY VELASQUEZ

        On March 11, 2010, Plaintiff filed Plaintiff's Motion for Default Judgment Against Defendants Sylvanna Velasquez, Richard Velasquez, Sr., Richard Velasquez, Jr., Anthony Pender, Richard Short, Terry Garcia, Double T Fashions, Max Velasquez and Katy Velasquez ("Motion for Default Judgment") (Doc. No. 27).  The following day, March 12, 2010, in accordance with FED. R. CIV. P. 55(a), the Clerk of the Court entered Clerk's Entry of Default (Doc. No. 28) certifying the default of the Defendants named above.

        The Court construes Plaintiff's Motion for Default Judgment as a motion made under FED. R. CIV. P. 55(b)(2) for a judgment declaring liability with the amount of monetary damages to be determined at a hearing.  Therefore,

        JUDGMENT is entered in favor of Plaintiff Sundance Services, Inc., as to the liability of Defendants Sylvanna Velasquez, Richard Velasquez, Sr., Richard Velasquez, Jr., Anthony

Pender, Richard Short, Terry Garcia, Double T Fashions, Max Velasquez and Katy Velasquez on all of Plaintiff's claims against them asserted in the Complaint for Civil RICO Violations, Fraud, Fraudulent Misrepresentation, Conversion, Constructive Trust, Restitution, and Accounting (Doc. No. 1); and, in accordance with FED. R. CIV. P. 55(b)(2)(B), a hearing for determination of the amount of damages to be awarded to Plaintiff is scheduled on March 25, 2010 at 10:30 a.m. at the United States Courthouse, 421 Gold S.W., Sixth Floor, Albuquerque, New Mexico.

*James A. Parker*

SENIOR UNITED STATES DISTRICT JUDGE