UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUNDANCE SERVICES, INC.,

        Plaintiff,

vs.                                                                                            No. 2:10-cv-110-JP/CEG

DONNA ROACH, KELLY ROACH,
MICHAEL PATTERSON,
ANTHONY PENDER,
TERRY GARCIA, JOANN PENDER,
SYLVANNA VELASQUEZ,
a/k/a SYLVANNA TRUJILLO,
DARIO VELASQUEZ,
RICHARD VELASQUEZ, JR.,
RICHARD VELASQUEZ, SR.,
SYLVIA VELASQUEZ, KATY VELASQUEZ,
RICHARD SHORT, MAX VELASQUEZ,
DOUBLE T FASHIONS,

        Defendants.

    And

DONNA ROACH AND KELLY ROACH,

        Counterclaimants,

vs.

SUNDANCE SERVICES, INC.,

        Counter Defendant.

    And

DONNA ROACH AND KELLY ROACH,

        Third-Party Plaintiffs,

vs.

MOHAMED HANIF MUSSANI,
JOE M. CARILLO AND ANABEL CARRILLO,

PERSEMPRE INVESTMENTS, LLC, a New Mexico
Limited Liability Company,

        Third-Party Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion for Extension of Time to Disclose Expert Witnesses. (Doc. 172). The Court, being advised that the Motion is unopposed, and otherwise being fully advised in the premises, **FINDS** that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff be allowed until Wednesday, April 20, 2011 to identify its expert witnesses and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

MILLER STRATVERT P.A.

By ___/s/ Stephan M. Vidmar_____
Stephan M. Vidmar
*Attorneys for Plaintiff Sundance Services,
Inc., Hanif Mussani, Joe M. Carrillo and
Anabel Carrillo, and Persempre
Investments, LLC*
Post Office Box 25687
Albuquerque, NM 87125-0687
(505) 842-1950

APPROVED:

**Counsel for Defendants Donna Roach and Kelly Roach:**

Telephonically approved 4/12/11
C. Barry Crutchfield
Templeman and Crutchfield P.C.
113 E. Washington Avenue
Lovington, NM  88260-4018
(575) 396-4927


**Counsel for Defendants Sylvanna Velasquez, Richard Velasquez, Sr., Richard Velasquez, Jr., Anthony Pender, Richard Short, Terry Garcia, Double T Fashions, Max Velasquez, Katy Velasquez, Dario Velasquez, Joann Pender and Sylvia Velasquez:**

Telephonically approved 4/12/11
Glen L. Houston
1304 W. Broadway Place
Hobbs, NM  88240
(575) 393-0567


Telephonically approved 4/12/11
Michael Patterson, pro se
4008 N. Grimes #176
Hobbs, NM  88240