UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUNDANCE SERVICES, INC.,

      Plaintiff,

vs.                                                      No. 2:10-cv-110-JAP/CEG

DONNA ROACH, KELLY ROACH,
MICHAEL PATTERSON,
ANTHONY PENDER,
TERRY GARCIA, JOANN PENDER,
SYLVANNA VELASQUEZ,
a/k/a SYLVANNA TRUJILLO,
DARIO VELASQUEZ,
RICHARD VELASQUEZ, JR.,
RICHARD VELASQUEZ, SR.,
SYLVIA VELASQUEZ, KATY VELASQUEZ,
RICHARD SHORT, MAX VELASQUEZ,
DOUBLE T FASHIONS,

      Defendants.

  And

DONNA ROACH AND KELLY ROACH,

      Counterclaimants,

vs.

SUNDANCE SERVICES, INC.,

      Counter Defendant.

  And

DONNA ROACH AND KELLY ROACH,

      Third-Party Plaintiffs,

vs.

MOHAMED HANIF MUSSANI,
JOE M. CARILLO AND ANABEL CARRILLO,

PERSEMPRE INVESTMENTS, LLC, a New Mexico
Limited Liability Company,

        Third-Party Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

**THIS MATTER** comes before the Court on Plaintiff's *Unopposed Motion for Extension of Time to Complete Discovery.* (Doc. 197). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, finds the motion to be well-taken and will be granted.

**IT IS THEREFORE ORDERED** that the discovery deadline in this matter shall be September 29, 2011. Motions related to discovery shall be filed no later than October 6, 2011. Pretrial motions not related to discovery shall be filed no later than November 11, 2011. Plaintiff's pretrial order to Defendants shall be due no later than December 26, 2011, and Defendants' consolidated pretrial order to the Court shall be no later than January 6, 2012.

 

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE